**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BEVERLY DODDS**                                                                **PLAINTIFF**

**v.**                          **Case No. 4:19-cv-00939-LPR**

**MARQUIS EAST,** *et al.*                                             **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered in this matter on July 16, 2020, it is CONSIDERED, ORDERED, and ADJUDGED that Ms. Dodds's Title VII claims against Separate Defendants are DISMISSED with prejudice, and that Ms. Dodds's Title VII claims against Tyson are DISMISSED without prejudice. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal from this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 16th day of July 2020.

                                                                 _____
                                                                 LEE P. RUDOFSKY
                                                                 UNITED STATES DISTRICT JUDGE